FRANK B. ALLEN, executor, &c., appellant-respondent,

*v.*

HARRIET E. MOORE et al., appellants-respondents.

[Submitted November Term, 1916.  Decided March 5th, 1917.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Foster, whose opinion is reported in *86 N. J. Eq. 357.*

Mr. *Alfred F. Stevens,* for the complainant.

Mr. *Benjamin J. Fleuchaus, Messrs. Pitney, Hardin & Skinner* and *Messrs. McCarter & English,* for the defendants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Foster.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, GARDNER—12.

*For reversal*—None.